UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
WICHITA DIVISION

| | |
|---|---|
| MARION SPRUNKEL, | ) |
| Plaintiff, | ) Case No.: 2:10-cv-02340-JAR-JPO |
| vs. | ) |
| PORTFOLIO RECOVERY ASSOCIATES, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

MARION SPRUNKEL (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal By Plaintiff Without Court Order) voluntary dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED

THE PROBST LAW FIRM, P.A.

BY:  */s/ Raymond E. Probst, Jr.*
Raymond E. Probst, Jr.
KS Bar No. 20370
Attorney for Plaintiff
827 Armstrong Avenue
Kansas City, KS  66101
(913) 281-0699

Of Counsel to:
Alex Simanovsky & Associates, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
(678) 781-1012
alex@fdcpalawyeronline.com